IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 3:21-CR-314 (TJM) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **WILLIAM L. MARSHALL,** | ) | Violation: 18 U.S.C. § 922(g)(1) |
| | ) | [Felon in Possession of a Firearm] |
| **Defendant.** | ) | |
| | ) | |
| | ) | 1 Count |
| | ) | |
| | ) | County of Offense: Tompkins |

**THE GRAND JURY CHARGES:**

**COUNT 1**
[Felon in Possession of a Firearm]

On or about August 18, 2021, in Tompkins County in the Northern District of New York, the defendant,

**WILLIAM L. MARSHALL,**

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm which previously had been shipped and transported in interstate and foreign commerce, specifically: a Lorcin semiautomatic pistol, model L380, caliber .380 mm, serial number 541115, manufactured in California, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Dated:   September 1, 2021

A TRUE BILL.

\*\*NAME REDACTED

_____
Grand Jury Foreperson

Antoinette T. Bacon
Acting United States Attorney

By: _____
Richard R. Southwick
Assistant United States Attorney
Bar Roll No. 506265