UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the reassignment of　　　　　　　　　　ORDER
Criminal Case to the Honorable Mae A. D'Agostino　　　OF REASSIGNMENT

_____

    **ORDERED** that the following case has been reassigned to the Honorable Mae A. D'Agostino, U.S. District Judge.

| Case Number | Caption |
|---|---|
| 3:21-cr-314 (TJM) | United States v. William Marshall |

**IT IS SO ORDERED.**

Dated: May 18, 2022
Syracuse, New York

Chief U.S. District Judge
Northern District of New York