# EXHIBIT 1

 

# Tompkins County Clerk Recording Page

**Return To**

GUTTMAN LAW
ENV

**Maureen Reynolds, County Clerk**
Tompkins County Clerk
320 North Tioga Street
Ithaca, NY 14850
(607) 274-5431

Document Type: **DEED**

Receipt Number: 21-305889

| Grantor (Party 1) |
|---|
| 416 PLAIN LLC |

| Grantee (Party 2) |
|---|
| NORTH PLAIN LLC |

| Fees | |
|---|---:|
| Recording Fee | $20.00 |
| Pages Fee | $20.00 |
| State Surcharge | $20.00 |
| TP-584 Form Fee | $5.00 |
| RP-5217 Form Fee | $125.00 |
| State Transfer Tax | $1,000.00 |
| County Transfer Tax | $500.00 |
| Deed Notice Fee | $10.00 |
| Total Fees Paid: | $1,700.00 |

| |
|---|
| Transfer Amt: $250,000.00 |
| Instrument #: 2021-10049 |
| Transfer Tax #: 000198 |

Property located in **City of Ithaca**

State of New York
County of Tompkins

Recorded on August 27th, 2021 at 3:40:45 PM with a total page count of **4.**

_Maureen Reynolds_
**Tompkins County Clerk**

*This sheet constitutes the Clerk's endorsement required by section 319 of the Real Property Law of the State of New York*

**Do Not Detach**

PM    08/27/2021 03:40:46 PM

# *WARRANTY DEED WITH LIEN COVENANT*

**THIS INDENTURE,** Made the 27th day of August, in the year Two Thousand and Twenty-One,

**BETWEEN**:

**416 Plain, LLC**, a Limited Liability Company
existing under the Laws of New York State,
having its principal place of business
c/o Guttman & Reiter, 411 North Tioga Street,
Ithaca, New York 14850,

party of the first part,

and

**NORTH PLAIN, LLC,** a Limited Liability Company
existing under the Laws of New York State,
having its principal place of business
c/o Guttman & Reiter, 411 North Tioga Street,
Ithaca, New York 14850,

party of the second part,

**WITNESSETH:** that the party of the first part, in consideration of One and 00/100 Dollar ($1.00) lawful money of the United States, and other good and valuable consideration, paid by the party of the second part, do hereby grant and release unto the party of the second part, its successors, distributees and assigns forever,

**ALL THAT TRACT OR PARCEL OF LAND** situate in the City of Ithaca, County of Tompkins, and State of New York, more particularly bounded and described on "Schedule A" attached hereto and made a part hereof.

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises;

**To have and to hold** the premises herein granted unto the party of the second part, its heirs, executors, successors, distributees and assigns forever.

**And said** party of the first part covenant as follows:

**First,** that the party of the second part shall quietly enjoy the said premises;

**Second,** that said party of the first part will forever warrant the title to said premises.

**Third,** that the Grantors will receive the consideration for this conveyance subject to the trust fund provisions of Section 13 of the Lien Law.

The word "Party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

In Presence of:        **416 PLAIN, LLC**

                       By: _____
                           WILLIAM MARSHALL

STATE OF NEW YORK    )
COUNTY OF TOMPKINS) ss.:

On the 24 day of August, in the year 2021, before me, the undersigned, a Notary Public in and for said State, personally appeared **WILLIAM MARSHALL,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

PATRICIA KANNUS
Notary Public, State of New York
No. 01KA4889320
Qualified in Tompkins County
Commission Expires: 04/06/2023

**SCHEDULE A**
416 North Plain Street, City of Ithaca, Tompkins County, New York

ALL THAT TRACT OR PARCEL OF LAND, situate in the City of Ithaca, County of Tompkins, and State of New York, being a part of Block No. 93 in said City, bounded and described as follows:

BEGINNING at an iron pin found in the west street line of North Plain Street, which pin is 83.02 feet southerly from the intersection of the west street line of North Plain Street with the south line of Esty Street; running thence along the west street line of North Plain Street South 00° 15' 55" West a total distance of 42.69 feet to a set iron pin; running thence North 89° 36' 23" West a total distance of 132.00 feet to a point; running thence North 00° 15' 55" East a total distance of 40.00 feet to a found p.k. nail; running thence North 89° 13' 36" East a total distance of 132.02 feet to the point or place of beginning, containing 0.13 acre of land more or less.

The above-described premises are more particularly shown on a survey map entitled "Survey Map No. 410 North Plain Street, City of Ithaca, Tompkins County, New York" made by Ian M. Sheive, L.L.S. No. 050769, dated October 9, 2014, a copy of which map was recorded in the Tompkins County Clerk's Office as part of Instrument No. 2014-13521.

SUBJECT TO the following easements and rights-of-way of record insofar as they may affect the above-described premises:

1. An Encroachment Agreement dated September 9, 1986, which instrument was recorded in the Tompkins County Clerk's Office on September 17, 1986, in Liber 620 of Deeds at Page 516;

2. An easement granted to New York State Electric & Gas Corporation dated August 7, 2001, which instrument was recorded in the Tompkins County Clerk's Office on February 5, 2002, as CD# 2503 at Page 4216;

3. Rights of the public in and to that portion of the above-noted premises lying within the confines of the public roadway.

BEING THE SAME PREMISES conveyed to Grantor herein from Kenneth M. Broadwell and Jes J. Seaver by Warranty Deed dated December 30, 3016, which Deed was filed in the Tompkins County Clerk's Office on February 6, 2017, as Instrument # 2017-01329.